UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>          Plaintiff,<br><br>     v.<br><br>GEICO INDEMNITY COMPANY, a Maryland Corporation,<br><br>          Defendant. | Case No. 2:24-CV-00934 JAM-AC<br><br><br><br><br>**RELATED CASE ORDER** |
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>          Plaintiff,<br><br>     v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Nebraska Corporation,<br><br>          Defendant. | Case No. 2:24-cv-01379 DAD-DB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same

judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:24-cv-01379-DAD-DB be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case only are hereby **VACATED**. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:24-cv-01379-JAM-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: July 02, 2024    /s/ John A. Mendez
                        THE HONORABLE JOHN A. MENDEZ
                        SENIOR UNITED STATES DISTRICT JUDGE