AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

DAMERON HOSPITAL ASSOCIATION

Plaintiff(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

GEICO INDEMNITY COMPANY

CASE NUMBER: 2:24-cv-00934-JAM-AC

Defendant(s),

Notice is hereby given that, subject to approval by the court, DAMERON HOSPITAL ASSN substitutes
(Party(s) Name)

Michael Mischel , State Bar No. 82376 as counsel of record in
(Name of New Attorney)

place of John A. McMahon, Arthur R. Petrie, HPS Associates APC
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE OF STEVEN B. SIMON
Address: 5550 TOPANGA Canyon Blvd, Suite 200, Woodland Hills, Ca
Telephone: 818-592-0333    Facsimile 818-592-0985
E-Mail (Optional):

I consent to the above substitution.
Date: 8/14/2024

CRAIG HAUPT FOR DAMERON HOSPITAL
(Signature of Party(s))

I consent to being substituted.
Date: August 14, 2024

ARTHUR R. PETRIE, II
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: August 30, 2024

Michael S. Mischel
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 09, 2024    /s/ John A. Mendez
Judge

AO154.doc