AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

<u>EASTERN DISTRICT</u>   **District of**   <u>CALIFORNIA</u>

DAMERON HOSPITAL ASSOCIATION
Plaintiff (s),

V.

GEICO INDEMNITY COMPANY

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  <u>2:24-cv-00934-DJC-AC</u>

Notice is hereby given that, subject to approval by the court,   <u>Geico Indemnity Company</u>   substitutes
(Party (s) Name)

<u>Cameron Schlagel</u> , State Bar No.   <u>320732</u>   as counsel of record in place
(Name of New Attorney)

place of   <u>Adelle Greenfield and Jordan Shae Altura</u>                                         .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Snell & Wilmer LLP

Address:   600 Anton Blvd, Suite 1400, Costa Mesa, CA 92626

Telephone:   714-427-7000                Facsimile  714-427-7799

E-Mail (Optional):   cschlagel@swlaw.com

I consent to the above substitution.

Date:   3/16/26

Geico Indemnity Company

(Signature of Party (s))

I consent to being substituted.

Date:   3/16/26

Adelle Greenfield and Jordan Altura

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   3/16/26

/s/ Cameron Schlagel

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   April 10, 2026

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]