**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br>Plaintiff,<br>v.<br>GEICO GENERAL INSURANCE CO.,<br>Defendant. | Case No.: 2:24-cv-01379-DJC-AC<br><br>**ORDER TO CONSOLIDATE RELATED CASES** |
| DAMERON HOSPITAL ASSOCIATION,<br>Plaintiff,<br>v.<br>GEICO INDEMNITY COMPANY,<br>Defendant. | Case No.: 2:24-cv-00934-DJC-AC |

This matter comes before the Court on the JOINT STIPULATION TO CONSOLIDATE RELATED CASES filed by Plaintiff Dameron Hospital Association ("Dameron") and Defendants, GEICO General Insurance Company and GEICO Indemnity Company. The Court, having reviewed the Stipulated Motion and the record herein, and good cause appearing, **HEREBY ORDERS** as follows:

////

1. Dameron Hospital Association v. GEICO General Insurance Company, Case No. 2:24-cv-01379-DJC-AC, and Dameron Hospital Association v. GEICO Indemnity Company, Case No. 2:24-cv-00934-DJC-AC, are consolidated pursuant to Federal Rule of Civil Procedure 42(a), Eastern District of California Local Rule 123, and Eastern District of California Local Rule 143 for coordinated pretrial proceedings, discovery, dispositive-motion practice, pretrial proceedings, and trial, subject to any further order of the Court.
2. Case No. 2:24-cv-01379-DJC-AC is designated as the lead case for administrative filing purposes. Unless otherwise ordered, filings applicable to both actions shall be filed in the lead case only and bear a consolidated caption. Filings applicable only to one defendant or action shall so identify.
3. Consistent with Federal Rule of Civil Procedure 42, consolidation is administrative and procedural only and does not affect the parties' substantive rights. Nothing in this Order waives any party's right to request separate treatment of a particular issue or claim under Federal Rule of Civil Procedure 42(b) or other applicable authority.
4. This Order does not modify any existing scheduling order or deadline. The parties reserve the right to seek, by separate stipulation or motion, any schedule modification that may be warranted following consolidation.

The Clerk of Court shall add all complaints and answers filed in Case No. 2:24-00934-DJC-AC to the lead file, 2:24-cv-01379-DJC-AC, and shall thereafter administratively close Case No. 2:24-cv-00934-DJC-AC. The parties shall file all future pleadings, motions and other filings in Case No. 2:24-cv-01379-DJC-AC only.

**IT IS SO ORDERED.**

Dated: August 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE